IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CORINTHEUS MONCION ASH,

    Plaintiff,

v.                                                          CASE NO. 5:13-cv-35-SPM-GRJ

AMANDA KELLEY, et al.,

    Defendants.

_____/

## O R D E R

This cause is before the Court on Plaintiff's Motion for Leave to Proceed *in Forma Pauperis*. (Doc. 6.) Plaintiff's motion is incomplete and has not been filed on the Court's form. Additionally, a Report and Recommendation is pending, which recommends that this case be dismissed under 28 U.S.C. § 1915A for failure to state a claim upon which relief may be granted. In light of the pending Report and Recommendation, which did not require Plaintiff to submit a motion to proceed as a pauper, the instant motion is **STRICKEN**. .

**DONE AND ORDERED** this 23rd day of February 2013.

                                          *s/ Gary R. Jones*
                                          GARY R. JONES
                                          United States Magistrate Judge