IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CORINTHEUS MONCION ASH,

    Plaintiff,

v.                                        CASE NO. 5:13-cv-35-SPM-GRJ

AMANDA KELLEY, et al.,

    Defendants.
_____/

## O R D E R

    This cause comes before the court for consideration of the magistrate judge's Report and Recommendation, dated February 11, 2013. (Doc. 3). Plaintiff filed a document entitled "Discussion," which will be treated as an objection. (Doc 7). In accordance with Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted. Accordingly, it is hereby ORDERED as follows:

    1.    The magistrate judge's report and recommendation (doc. 3) is ADOPTED and incorporated by reference in this order.

    2.    This case is DISMISSED pursuant to 28 U.S.C. § 1915A for failure to state a claim upon which relief can be granted.

    **DONE AND ORDERED** this 25th day of March, 2013.

                                *s/ M. Casey Rodgers*
                                **M. CASEY RODGERS**
                                **CHIEF UNITED STATES DISTRICT JUDGE**